| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-9503 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED CR 06 | DOC 056 *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Diana Mazzone 42 Jacques Avenue Staten Island, NY 10306 | DISTRICT 2006 JAN 26 P 3:09 New Jersey | DIVISION |
| | NAME OF SENTENCING JUDGE: GLEESON, J. Anthony R. Mautone | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/30/05 — TO 11/29/06 AZRACK, J. |

OFFENSE

Possession of Marijuana.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/6/06
*Date*

s/Anthony R. Mautone
United States ~~District Judge~~ Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-7-06
*Effective Date*

s/John Gleeson
United States District Judge

# MEMORANDUM
## ROBERT HEINNEMAN
### UNITED STATES CLERK OF THE COURT

CR 06 0586

RE: Diana Mazzone
D/NJ Docket #: 05-9503
**Request for a Transfer of Jurisdiction**

GLEESON, J

AZRACK, J.

Reference is made to the above-captioned defendant who was prosecuted and sentenced in the District of New Jersey ("D/NJ") on a Possession of Marijuana charge. After pleading guilty, the Court ordered the offender to serve a 1 year term of magistrate's probation. The offender is being supervised by the Probation Department in the Eastern District of New York due to her residence in Staten Island, New York. On January 10, 2006, U.S. Magistrate Judge Anthony Mautone of the D/NJ approved a request for a transfer of jurisdiction according to the policy of the Administrative Office of the U.S. Courts. An executed Probation Form 22 is attached hereto.

It is respectfully requested that your office assign this case to a U.S. District Court Judge to facilitate any future issues that arise from her supervision term. It is also requested that your office provide the undersigned with a copy of the attached Probation Form 22 with the newly assigned docket number. Your assistance in this matter is greatly appreciated. If you have any questions, please feel free to contact the undersigned at either (347)534-3550 or via cellular phone at (917)662-9390.

Submitted by: _____
Christopher Wodzinski
Senior U.S. Probation Officer

January 26, 2006
CAW:cw